1 | FRANK M. PITRE (#100077)
fpitre@cpmlegal.com
2 | NIKI B. OKCU (#229345)
nokcu@cpmlegal.com
3 | **COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
4 | 840 Malcolm Road, Suite 200
Burlingame, CA 94010
5 | Telephone: (650) 697-6000
Facsimile: (650) 692-0577

7 | *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CATAPHORA, INC.**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**JERROLD SETH PARKER, et al.**<br><br>Defendants. | Case No. CV 09 5749 BZ<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO COMPLY WITH RULE 26(f) OBLIGATIONS** |

**STIPULATION**

WHEREAS the parties to the above-captioned matter have agreed to proceed with mediation before the Honorable V. Gene McDonald on April 15, 2010 pursuant to the Order of this Court;

WHEREAS the parties have received notice from the Judicial Panel on Multidistrict Litigation setting March 17, 2010 as the deadline for submission of all briefs in support of and in opposition to the request by Defendants that this proceeding be coordinated as part of *In re: Chinese-Manufactured Drywall Products Liability Litigation* - MDL No. 2047;

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

STIPULATION AND PROPOSED ORDER EXTENDING TIME
TO COMPLY WITH RULE 26(f) OBLIGATIONS

1     WHEREAS the parties have not yet received notice of whether the Panel intends to
2 hold a hearing, or when any hearing may be scheduled for purposes of ruling on Defendants
3 request for coordination; and
4     WHEREAS the parties are interested in avoiding unnecessary costs and/or additional
5 legal expenses prior to participating in mediation;
6     WHEREFORE, the parties have agreed to extend the time for complying with initial
7 disclosures and Rule 26(f) obligations as follows:

**MAY 21, 2010**

Last Day to Meet and Confer Regarding Initial Disclosures

**JUNE 7, 2010**

Last Day to Complete Initial Disclosures

### CASE MANAGEMENT CONFERENCE

A Further Case Management Conference will be scheduled for _June 21, 2010 at 4pm_.

**AGREED AS TO FORM AND CONTENT**

| **William Webb Farrer** | **Frank M. Pitre** |
|---|---|
| William Webb Farrer<br>LAW OFFICES OF WILLIAM W. FARRER<br>*Attorneys for Plaintiff* | Frank M. Pitre<br>COTCHETT, PITRE & McCARTHY<br>*Attorneys for Defendants* |
| Dated March 17, 2010 | Dated March 17, 2010 |

**IT IS SO ORDERED.**

Dated _17 March 10_

_____
JUDGE BERNARD ZIMMERMAN

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

STIPULATION AND PROPOSED ORDER EXTENDING TIME
TO COMPLY WITH RULE 26(f) OBLIGATIONS      2