UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATAPHORA, INC., a California corporation,<br><br>  Plaintiff(s),<br><br>  v.<br><br>JERROLD SETH PARKER, et al.,<br><br>  Defendant(s). | No. C09-5749 BZ<br><br>**SCHEDULING ORDER** |

Following a telephone conference on September 13, 2010 at which both sides were represented by counsel, **IT IS ORDERED** as follows:

1. The parties shall meet and confer by **September 17, 2010**, and try to resolve their discovery disputes, having in mind the views expressed by the Court.

2. If they are unsuccessful, plaintiff has leave to file a motion to compel by **September 24, 2010.**

3. If plaintiff files, defendants shall file an

///

///

1

opposition by **October 1, 2010.** Plaintiff's reply shall be filed by **October 6, 2010**.

Dated: September 16, 2010

　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\CATAPHORA V. PARKER\SCHEDULING ORDER.wpd