UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATAPHORA INC., ) | |
| ) | |
| Plaintiff(s), ) | No. C09-5749 BZ |
| ) | |
| v. ) | |
| ) | **ORDER REQUIRING PARTIES TO** |
| JERROLD SETH PARKER, et al.,) | **MEET AND CONFER** |
| ) | |
| Defendant(s). ) | |

**IT IS ORDERED** that counsel for each side shall, by next **Friday, November 5, 2010**, meet and confer in an effort to resolve the outstanding dispute over the production of electronically stored information having in mind the views expressed by the Court during Wednesday's hearing.  If the parties are unable to agree, plaintiff shall file a letter to that effect and the Court will rule on the pending motion.

Dated: October 29, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CATAPHORA V. PARKER\ORDER REQUIRING MEET AND CONFER.wpd

1