UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATAPHORA INC., ) ) Plaintiff(s), ) ) v. ) ) JERROLD SETH PARKER, et al.,) ) Defendant(s). ) | No. C09-5749 BZ **ORDER RE EXPERT DISCLOSURE DEADLINES** |

Having received the parties' letters (Docket Nos. 127 and 128), **IT IS HEREBY ORDERED** that expert discovery is reopened for the limited purpose of allowing defendants to disclose an expert with respect to the new damages theory claimed by plaintiff. Expert discovery shall be completed by **July 15, 2011.**

Dated: June 9, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CATAPHORA V. PARKER\ORDER RE EXPERT DISCLOSURE DEADLINES.wpd

1