# LAW OFFICES OF WILLIAM WEBB FARRER

300 MONTGOMERY STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 765-9100
FACSIMILE (415) 765-9109
WWFARRER@FARRERLAW.ORG

June 9, 2011

**VIA ECF**
Honorable Bernard Zimmerman
US District Court, Northern District of California
450 Golden Gate Ave., 15th Floor, Courtroom G
San Francisco, CA 94102

Re: *Cataphora v. Parker, et al.* USDC Case No. 09-CV-5749 BZ

Dear Judge Zimmerman:

I am writing in response to your Order re Expert Disclosure Deadlines (Document No. 130) (the "Order") which was just e-filed and ECF served this afternoon. I note that the Order does not contain a deadline by which defendants must disclose their damage expert and only sets forth a date by which expert discovery must be completed. Also, the Order does not mention whether plaintiffs can designate any experts or rebuttal experts on the new damage theory and if so when they must be disclosed. Since the court is willing to reopen expert discovery on this limited issue, plaintiffs at least want the opportunity to designate an expert and rebuttal expert on the new damage theory should they choose to do so.

Respectfully submitted,

/s/

William Webb Farrer

cc. Niki Okcu - via ECF
    Client - via email

1419\LOC019.WWF

**GRANTED**.
To be completed by
**JULY 15, 2011.**

Dated: June 20, 2011