UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATAPHORA INC., ) | |
| ) Plaintiff(s), ) | No. C09-5749 BZ |
| ) v. ) | |
| ) | **THIRD ORDER RE EXPERT** |
| JERROLD SETH PARKER, et al., ) | **DISCLOSURE DEADLINES** |
| ) Defendant(s). ) | |

Having received the parties' stipulation (Docket No. 147), **IT IS HEREBY ORDERED** that the expert discovery cut-off is extended until **August 1, 2011**. All other orders and deadlines from the trial scheduling order (Docket No. 125), including the **August 2, 2011** deadline to submit pretrial papers, shall remain in effect.

Dated: June 9, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CATAPHORA V. PARKER\THIRD ORDER RE EXPERT DISCLOSURE DEADLINES.wpd

1