UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATAPHORA INC., ) )    Plaintiff(s), ) )  v. ) ) JERROLD SETH PARKER, et al., ) )    Defendant(s). ) ) | No. C09-5749 BZ **PRETRIAL CONFERENCE ORDER** |

**IT IS HEREBY ORDERED** that prior to the pretrial conference on August 23, 2011, counsel for the parties shall read the transcript of the last pretrial conference (Docket No. 126) and be prepared to explain why they did not follow the Court's guidance with respect to such issues as preparing a joint set of jury instructions on issues such as agency.

Dated: August 16, 2011

            _____
               Bernard Zimmerman
             United States Magistrate Judge

G:\BZALL\-BZCASES\CATAPHORA V. PARKER\ORDER RE PRETRIAL INSTRUCTIONS.8.16.11.wpd

1