UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CATAPHORA INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C09-5749 BZ |
| | ) | |
| v. | ) | |
| | ) | **ORDER OVERRULING OBJECTIONS** |
| JERROLD SETH PARKER, et al., | ) | **TO EXHIBITS 84-87** |
| | ) | |
| Defendant(s). | ) | |

Plaintiff having clarified in document 210 that exhibits 84-87 were obtained from the websites of defendants' law firms, defendants' hearsay objections are **OVERRULED**. Federal Rule of Evidence 801(d)(2). Defendants' authenticity objections are **OVERRULED,** subject to an exhibit being stricken if a defendant disavows the exhibit as not being his.

Dated: August 25, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CATAPHORA V. PARKER\ORDER OVERRULING OBJTS TO EXHIBITS 84-87.wpd

1