**LAW OFFICES OF WILLIAM WEBB FARRER**
William Webb Farrer (SBN 095276)
300 Montgomery Street, Suite 600
San Francisco, California 94104
wwfarrer@farrerlaw.org
(415) 765-9100
(415) 765-9109 (fax)

Attorneys for Plaintiff
CATAPHORA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATAPHORA, INC., a California corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>JERROLD SETH PARKER, an individual, DAWN M. BARRIOS, an individual, VICTOR MANUEL DIAZ, an individual, BEN GORDON, an individual, DANIEL E. BECNEL, JR., an individual, ERVIN AMANDA GONZALEZ, an individual, HUGH P. LAMBERT, an individual, ARNOLD LEVIN, an individual, CHRISTOPHER SEEGER, an individual, SCOTT WEINSTEIN, an individual, GERALD E. MEUNIER, an individual, JAMES ROBERT REEVES, an individual, BRUCE WILLIAM STECKLER, an individual, RUSS M. HERMAN, an individual, LEONARD DAVIS, an individual and DOES 1 - 50, inclusive<br><br>        Defendants. | CASE NO. CV 09 5749 BZ<br><br>[~~PROPOSED~~] **ORDER AUTHORIZING ADMITTANCE OF EQUIPMENT FOR TRIAL**<br><br>**Pretrial Conference:** August 23, 2011<br>**Time:** 4:00 p.m.<br>**Dept:** Courtroom C, 15th Floor<br>          Judge: The Honorable Bernard Zimmerman<br><br>**Complaint Filed:** December 8, 2009<br><br>**Trial Date:** September 12, 2011 |

IT IS HEREBY ORDERED that Patrick Justesen is authorized to bring the equipment listed in Exhibit A, attached, through security at the United States District Court, San Francisco Division, on and after September 8, 2011, and to set up that equipment in Courtroom C until the trial of the above-captioned case is concluded.

Dated: September 2, 2011

_____
Magistrate Bernard Zimmerman

| Qty | Equipment |
|---|---|
| 1 | 1 HITACHI CPX445 3200 Lumen-XGA 8.6lbs 400:1 Projector |
| 1 | Elmo Document Camera |
| 1 | Sager Laptop and power adapter |
| 1 | 17 Inch LCD Monitor (For Trial Tech to Pre-Queue Exhibits to Jury) |
| 1 | Extron 6 to 1 VGA Switcher w/o Audio and Distribution Amplifier) |
| 1 | Anchor 50W Speaker |
| 2 | VGA 50 cable (1 Primary, 1 Backup) |
| 3 | Power Strip 6 Outlet |
| 1 | 100 foot extension cord |
| 1 | Laser Pointer |
| 1 | External Hard Drive |
| 1 | VGA to DVI adapter |
| 1 | Headphone |
| 1 | Tech Table with black skirting. |

EXHIBIT _A_