FRANK M. PITRE (SBN 100077)
NIKI B. OKCU (SBN 229345)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (6s50) 697-6000
Facsimile: (650) 697-0577
fpitre@cpmlegal.com; nokcu@cpmlegal.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATAPHORA, INC., a California corporation, | Case No.  CV 09 5749 BZ |
| Plaintiff, | [PROPOSED] ORDER AUTHORIZING ADMITTANCE OF EQUIPMENT FOR TRIAL |
| v. | |
| JERROLD SETH PARKER, *et al.* | Trial Date: September 12, 2011 |
| Defendants. | Time: 8:30 a.m. |
| | Judge: Hon. Bernard Zimmerman |
| | Courtroom: C, 15th Floor |

**[PROPOSED] ORDER AUTHORIZING ADMITTANCE OF EQUIPMENT FOR TRIAL ;
Case No. CV 09 5749 BZ**

IT IS HEREBY ORDERED THAT Ryan Manuel is authorized to bring the following equipment for use at trial:

| Quantity | Equipment |
|---|---|
| 1 | ELMO Visual Presenter HV-5000XG |
| 1 | Small table to hold the ELMO |
| 1 | Power strip |
| 1 | 100 foot extension cord |
| 2 | VGA Cables (1 primary and 1 backup) |
| 1 | Headphone |
| 2 | Laser pointers |
| 2 | Laptop Personal Computers |
| 1 | External Hard Drive |
| 1 | Desktop speakers |
| 1 | Laser Printer- HP P2055 |
| 2 | IPads |
| 1 | Dlink Wireless N300 Router |
| 1 | Roll of gaffer tape to tape down the wires |
|  | Cables and extension cords for the equipment listed above |
|  | Easel, extra papers and markers |

Mr. Manuel will be authorized to bring the said equipment to the United States District Court, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California on and after September 8, 2011, and to set up the equipment in Courtroom C until the trial of the above captioned case is concluded. Defendants will remove the equipment immediately after trial.

Dated: September _6_, 2011

_____
MAGISTRATE JUDGE BERNARD ZIMMERMAN

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY, LLP

[PROPOSED] ORDER AUTHORIZING ADMITTANCE OF EQUIPMENT FOR TRIAL ;
Case No. CV 09 5749 BZ

1