UNITED STATES DISTRICT COURT

Northern District of California

CATAPHORA INC.,

            Plaintiff(s),

v.

JERROLD SETH PARKER, et al.,

            Defendant(s).

No. C 09-05749 BZ

ORDER TO FURNISH JURY REFRESHMENTS

IT IS HEREBY ORDERED that the United States District Court shall furnish daily refreshments for the seven (7) members of the jury in the above entitled matter at the expense of the United States on September 13, 14, 15, 16, 2011 and all days thereafter as long as the jury is in deliberation. Refreshments shall be delivered to the jury room, Room _C_ on the 15fh floor by 8:00 a.m. starting Tuesday, September 13, 2011.

Dated: September 8, 2011

                                            BERNARD ZIMMERMAN
                                            United States Magistrate Judge