# UNITED STATES DISTRICT COURT
## Northern District of California

CATAPHORA INC.,

        Plaintiff(s),

  v.

JERROLD SETH PARKER, et al.,

        Defendant(s).

No. C 09-05749 BZ

ORDER TO FURNISH JURY REFRESHMENTS

IT IS HEREBY ORDERED that the United States District Court shall furnish lunch for the seven (7) members of the jury in the above entitled matter at the expense of the United States on September 19, 2011 and all days thereafter as long as the jury is in deliberation.

Dated: September 16, 2011

_____
BERNARD ZIMMERMAN
United States Magistrate Judge