UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATAPHORA INC.,  )
                                    )
     Plaintiff(s),    )    No. C09-5749 BZ
                                    )
  v.                     )
                                    )    **AMENDED JUDGMENT IN A CIVIL**
JERROLD SETH PARKER, et al.,)    **CASE FOLLOWING JURY VERDICT**
                                    )
     Defendant(s).    )

This action was tried by a jury, and the jury has rendered a verdict. The Court has ruled on various posttrial motions. **IT IS THEREFORE ORDERED** that plaintiff shall recover from defendants Jerrold Seth Parker, Dawn M. Barrios, Victor Manuel Diaz, Ben Gordon, Daniel E. Becnel, Jr., Ervin Amanda Gonzalez, Hugh P. Lambert, Arnold Levine, Christopher Seeger, Scott Weinstein, Gerald E. Meunier, James Robert Reeves, Bruce William Steckler, Russ M. Herman, $317,113.00, with costs and postjudgment interest as permitted by law.

Dated: January 5, 2012

                                                   /s/ Bernard Zimmerman
                                                  Bernard Zimmerman
                                          United States Magistrate Judge

G:\BZALL\-BZCASES\CATAPHORA V. PARKER\AMENDED JUDGMENT.wpd