1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   CATAPHORA INC.,                )
                                    )
11           Plaintiff(s),          )        No. C09-5749 BZ
                                    )
12       v.                         )
                                    )        **AMENDED JUDGMENT IN A CIVIL**
13   JERROLD SETH PARKER, et al.,)           **CASE FOLLOWING JURY VERDICT**
                                    )        **CORRECTING NAME OF DEFENDANT**
14           Defendant(s).          )        **ARNOLD LEVIN (incorrectly**
     _____)           **spelled Levine)**

15

16       This action was tried by a jury, and the jury has

17   rendered a verdict.  The Court has ruled on various posttrial

18   motions.  **IT IS THEREFORE ORDERED** that plaintiff shall recover

19   from defendants Jerrold Seth Parker, Dawn M. Barrios, Victor

20   Manuel Diaz, Ben Gordon, Daniel E. Becnel, Jr., Ervin Amanda

21   Gonzalez, Hugh P. Lambert, Arnold Levin, Christopher Seeger,

22   Scott Weinstein, Gerald E. Meunier, James Robert Reeves, Bruce

23   William Steckler, Russ M. Herman, $317,113.00, with costs and

24   postjudgment interest as permitted by law.

25   Dated: January 6, 2012

26                           _____
                                     Bernard Zimmerman
27                           United States Magistrate Judge

28   G:\BZALL\-BZCASES\CATAPHORA V. PARKER\AMENDED JUDGMENT CORRECING NAME OF

                                    1

1    DEFENDANT.wpd

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28