UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATAPHORA INC., )<br>)<br>    Plaintiff(s), )<br>)<br>    v. )<br>)<br>JERROLD SETH PARKER, et al.,)<br>)<br>    Defendant(s). )<br>_____) | No. C09-5749 BZ<br><br>**AMENDED JUDGMENT IN A CIVIL CASE FOLLOWING JURY VERDICT CORRECTING NAME OF DEFENDANT ARNOLD LEVIN (incorrectly spelled Levine)** |

This action was tried by a jury, and the jury has rendered a verdict.  The Court has ruled on various posttrial motions.  **IT IS THEREFORE ORDERED** that plaintiff shall recover from defendants Jerrold Seth Parker, Dawn M. Barrios, Victor Manuel Diaz, Ben Gordon, Daniel E. Becnel, Jr., Ervin Amanda Gonzalez, Hugh P. Lambert, Arnold Levin, Christopher Seeger, Scott Weinstein, Gerald E. Meunier, James Robert Reeves, Bruce William Steckler, Russ M. Herman, $317,113.00, with costs and postjudgment interest as permitted by law.

Dated: January 6, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CATAPHORA V. PARKER\AMENDED JUDGMENT CORRECING NAME OF

1

1  DEFENDANT.wpd