UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATAPHORA INC., <br><br> Plaintiff(s), <br><br> v. <br><br> JERROLD SETH PARKER, et al., <br><br> Defendant(s). | No. C09-5749 BZ <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO STAY AND DENYING MOTION FOR ORDER SHORTENING TIME** |

The court has received no opposition either to defendants' motion to stay execution of judgment or to defendants' motion to shorten time. In part this was because defendants waited, apparently until March 9, 2012 to address the situation, and in part because Mr. Farrer has been out of town. Good cause appearing, **IT IS ORDERED** that defendants' motion to stay is **GRANTED**, subject to being reconsidered if plaintiff files a principled opposition by **Monday, March 19, 2012**. Defendants' motion to shorten time is **DENIED AS MOOT**.

///

///

///

1

1    The hearing scheduled for **April 4, 2012 at 10:00 a.m.** is
2    **VACATED.**
3    Dated: March 15, 2012

                                    _____
                                         Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\CATAPHORA V. PARKER\ORDER GRANTING DEFS MOT TO STAY AND DENYING OST.wpd