UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATAPHORA INC.,

Plaintiff(s),

v.

JERROLD SETH PARKER, et al.,

Defendant(s).

No. C09-5749 BZ

**ORDER GRANTING DEFENDANTS' MOTION TO STAY WITHOUT POSTING ADDITIONAL SECURITY**

Having reviewed Plaintiff's response to Defendants' motion, good cause appearing, and in the exercise of my discretion, **IT IS ORDERED** that Defendants' motion to stay execution of the judgment without posting additional security (Docket No. 355) is **GRANTED.**

Dated: March 23, 2012

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CATAPHORA V. PARKER\ORDER GRANTING DEFS MOT TO STAY WITHOUT POSTING ADDITIONAL SECURITY.wpd