UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATAPHORA INC., ) ) Plaintiff(s), ) ) v. ) ) JERROLD SETH PARKER, et al., ) ) Defendant(s). ) ) | No. C09-5749 BZ  **ORDER GRANTING DEFENDANTS' MOTION TO STAY WITHOUT POSTING ADDITIONAL SECURITY** |

Having reviewed Plaintiff's response to Defendants' motion, good cause appearing, and in the exercise of my discretion, **IT IS ORDERED** that Defendants' motion to stay execution of the judgment without posting additional security (Docket No. 355) is **GRANTED**.

Dated: March 23, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CATAPHORA V. PARKER\ORDER GRANTING DEFS MOT TO STAY WITHOUT POSTING ADDITIONAL SECURITY.wpd

1